UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER GRASSI,

                           Petitioner,

               vs                                            9:00-CV-329

JOSEPH E. McCOY, Superintendent,

                           Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

OFFICE OF D.J. and J.A. CIRANDO        JOHN A. CIRANDO, ESQ.
Attorneys for Petitioner
Onondaga Savings Bank Building
Suite 1010
101 South Salina Street
Syracuse, New York 13202

HON. ELIOT L. SPITZER                     CAROL A. COCCHIOLA, ESQ.
Attorney General of the                       Asst. Attorney General
  State of New York
Attorney for Respondent
17th Floor, State Office Building
44 Hawley Street
Binghamton, NY 13901-4433

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Christopher Grassi, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By report recommendation dated September 13, 2005, the Honorable George H. Lowe, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be dismissed in its entirety. Petitioner has filed timely objections.

Based upon a de novo determination of the report and recommendations, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 1,  2006
       Utica, New York.